BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
TONY WEST
Assistant Attorney General, Civil Division
ELIZABETH J. STEVENS
Assistant Director, District Court Section
TROY D. LIGGETT
Trial Attorney (DCBN 995073)
P.O. Box 868, Ben Franklin Station
Washington, DC  20044
(202) 532-4765
(202) 305-7000 (fax)
troy.liggett@usdoj.gov

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEVIN FORSEY; | No. 2:11-cv-2936 LKK DAD |
| Plaintiff, | |
| v. | JOINT STIPULATION AND ORDER RE: EXTENSION OF TIME |
| HILLARY CLINTON, Secretary of State, *et al.*; | |
| Defendants. | |

This is an immigration case in which plaintiff has challenged the refusal to issue a visa to his fiancé.  Since the filing of this lawsuit, the Department of State is in the process of returning the visa application to the Ho Chi Minh City post for further investigation.  The parties therefore stipulate to a 90-day extension of time in which to file both the government's answer to the complaint and the joint status report, as the parties explore the possibility of a resolution at the administrative level.

The parties therefore stipulate that the time for filing the government's answer be extended to April 4, 2012, and that the scheduling conference, currently set for February 6, 2012, be reset to sometime after the new answer due date.

| | | |
|---|---|---|
| Dated: January 4, 2012 | | BENJAMIN B. WAGNER<br>United States Attorney |
| | | TONY WEST<br>Assistant Attorney General |
| | | ELIZABETH J. STEVENS<br>Assistant Director, District Court Section |
| | By: | /s/ Troy D. Liggett<br>TROY D. LIGGETT<br>Trial Attorney, District Court Section<br>Office of Immigration Litigation<br>U.S. Department of Justice |
| | | /s/ Audrey B. Hemesath<br>AUDREY B. HEMESATH<br>Assistant U.S. Attorney |
| | | Attorneys for the Defendants |
| | By: | /s/ Mary Beth Kaufman<br>MARY BETH KAUFMAN |
| | | Attorney for the Plaintiffs |

### ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the defendants' Answer is due on April 4, 2012, and that the scheduling conference is reset to April 30, 2012 at 10:00 a.m.  The parties shall file their status reports 14 days prior to the status conference.

IT IS SO ORDERED.

DATED: January 9, 2012.

_[signature]_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT