BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEVIN FORSEY; AN LE, | No. 2:11-cv-2936 LKK DAD |
| Plaintiffs, | JOINT STIPULATION AND ORDER RE: SECOND EXTENSION OF TIME |
| v. | |
| Hilary Rodham Clinton, et al. | |
| Defendants. | |

This is an immigration case in which plaintiff has challenged the denial of Plaintiff An Le's visa application. The parties have previously stipulated to one extension of time in an attempt to reach an administrative resolution to the matter. The parties have made significant progress toward that end, but the matter is not yet ripe for administrative adjudication. The parties therefore stipulate to a second 90-day extension of time in which to file both the government's answer to the complaint and the joint status report.

The parties request that the time for filing the government's answer be extended to July 5, 2012, and that the scheduling conference, currently set for April 30, 2012, be reset to sometime after the new answer due date.

Dated: March 30, 2012

            BENJAMIN B. WAGNER
            United States Attorney

        By: <u>/s/Audrey Hemesath</u>
           Audrey B. Hemesath
           Assistant U.S. Attorney
           Attorneys for the Defendants

        By: <u>/s/ Mary Beth Kaufman</u>
           Mary Beth Kaufman
           Attorney for the Plaintiffs

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the defendants' Answer is due on July 5, 2012, and that the scheduling conference is reset to July 16, 2012 at 2:00 p.m.  The parties shall file status reports 14 days prior to the status conference.

IT IS SO ORDERED.

DATED: April 5, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT