1  BENJAMIN B. WAGNER
   United States Attorney
2  AUDREY B. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2729

5  Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEVIN FORSEY; AN LE, | No. 2:11-cv-2936 LKK DAD |
| Plaintiffs, | JOINT STIPULATION AND ORDER RE: DISMISSAL |
| v. | |
| Hilary Rodham Clinton, et al. | |
| Defendants. | |

This is an immigration case in which plaintiff has challenged the denial of Plaintiff An Le's visa application. Following further administrative proceedings, the application has now been granted, and the parties accordingly stipulate to dismissal of this lawsuit as moot. Each side to bear its own costs of litigation.

Dated: July 3, 2012

                              BENJAMIN B. WAGNER
                              United States Attorney

                         By:  /s/Audrey Hemesath
                              Audrey B. Hemesath
                              Assistant U.S. Attorney
                              Attorneys for the Defendants

                         By:  /s/ Mary Beth Kaufman
                              Mary Beth Kaufman
                              Attorney for the Plaintiffs

-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the matter is dismissed.

IT IS SO ORDERED.

DATED: July 9, 2012.

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT