BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEVIN FORSEY; AN LE,<br><br>　　Plaintiffs,<br><br>　v.<br><br>Hilary Rodham Clinton, et al.<br><br>　　Defendants. | No. 2:11-cv-2936 LKK DAD<br><br>JOINT STIPULATION AND ORDER RE: DISMISSAL |

　　This is an immigration case in which plaintiff has challenged the denial of Plaintiff An Le's visa application. Following further administrative proceedings, the application has now been granted, and the parties accordingly stipulate to dismissal of this lawsuit as moot. Each side to bear its own costs of litigation.

Dated: July 3, 2012

　　　　　　　　　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　By:　/s/Audrey Hemesath
　　　　　　　　　　　　　　　　Audrey B. Hemesath
　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　Attorneys for the Defendants


　　　　　　　　　　　　　By:　/s/ Mary Beth Kaufman
　　　　　　　　　　　　　　　　Mary Beth Kaufman
　　　　　　　　　　　　　　　　Attorney for the Plaintiffs

-1-

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the matter is dismissed.

IT IS SO ORDERED.

DATED: July 9, 2012.

*Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT